1  S. Frank Harrell, State Bar #133347
   sharrell@lynberg.com
2  Shannon L. Gustafson, State Bar #228856
   slg@lynberg.com
3  **LYNBERG & WATKINS**                          JS - 6
   A Professional Corporation
4  333 City Boulevard West, Suite 640
   Orange, California  92868-5915
5  (714) 937-1010
   (714) 937-1003 (facsimile)
6
   Attorneys for Defendants
7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  FLOYDELL NUNN, JR. and          ) Case No. CV 06-2275 AG (JCx)
    MICHAEL ADAM,                   )
12                                  ) Assigned for All Purposes to the
                                    ) Honorable Andrew J. Guilford
13                Plaintiff(s),     ) Courtroom 10D
                                    )
14                                  )
    vs.                             )
15                                  ) **JUDGMENT**
                                    )
16  COUNTY OF ORANGE and DOES       )
    1-10 inclusive,                 )
17                                  )
                  Defendant(s).     )
18                                  )
                                    )
19                                  )
                                    )
20  _____)

21

22

23

24

25

26

27

28

1         This action came on regularly for trial on April 16, 2008 in Courtroom
2   10D of the United States District Court, Central District of California located at
3   411 Fourth Street, Santa Ana, California, the Honorable Andrew J. Guilford,
4   presiding.  Plaintiff Floydell Nunn ("Plaintiff") appeared by attorneys Caree
5   Annette Harper and Thomas Beck.  Defendants Deputy William Downard and
6   Deputy Jay Myers  ("Defendants") appeared by attorneys S. Frank Harrell and
7   Shannon L. Gustafson  of Lynberg & Watkins.  A jury of eight persons was
8   regularly impaneled and sworn.
9         After hearing all of the evidence, the Court duly instructed the jury and the
10  cause was submitted to the jury.  On April 24, 2008, the jury returned into Court
11  with a Special Verdict as follows:

13  **QUESTION NUMBER 1**
14        Did any of the following Defendants violate Plaintiff Nunn's rights?

16  Deputy William Downard    Yes__X____    No_____
17  Deputy Jay Myers    Yes__X____    No_____

19        If your answer to Question Number 1 is "No" as to both Defendants, your
20  foreperson should  sign and date this Special Verdict Form.  If your answer to
21  Question Number 1 is "Yes" as to either Defendant, please proceed to Question
22  Number 2.

24  / / /
26  / / /
28  / / /

**2**
**JUDGMENT**

**QUESTION NUMBER 2**

Did the conduct of any of the Defendants cause damages to Plaintiff Nunn?

Yes___X_____                    No_____

If your answer to Question Number 2 is  "No",  your foreperson should sign and date this Special Verdict Form.  If your answer to Question Number 2 is "Yes",  please proceed to Question Number 3.

**QUESTION NUMBER  3**

If you answered "Yes" to Question Number 2, what is the amount of damages you award Plaintiff Nunn.

Damages:   $   2,100_____

Please proceed to Question Number 4

**QUESTION NUMBER 4**

Do you find that any of the conduct of the following Defendants was malicious, oppressive or in reckless disregard of Plaintiff Nunn's rights?

Deputy William Downard            Yes_____            No__X___
Deputy Jay Myers                      Yes_____            No__X___

/ / /
/ / /
/ / /

**3**
**JUDGMENT**

1   On September 17, 2007, the Court granted Summary Judgment in favor of

2   Defendant County of Orange.

3   NOW, THEREFORE, **IT IS ORDERED, ADJUDGED AND DECREED**

4   as follows:

5   That Judgment be entered in favor of Plaintiff Floydell Nunn as against

6   Defendants Myers and Downard and that Plaintiff Floydell Nunn recover

7   $2,100.00 from Defendants Myers and Downard.

8   That Judgment be entered in favor of the County of Orange against Plaintiff

9   Floydell Nunn and that Plaintiff takes nothing by way of his operative complaint as

10  against Defendant County of Orange.

11  Attorney's fees and costs will be determined by the Court at a later hearing

12  to be set and briefed by counsel.

13

14  IT IS SO ORDERED.

15  May 14, 2008

16

17  _____

18  HON. ANDREW J. GUILFORD
    United States District Judge

19

20

21

22

23

24

25

26

27

28

**4**
**JUDGMENT**