COURTESY COPY

1  S. Frank Harrell, State Bar #133347
   sharrell@lynberg.com
2  Shannon L. Gustafson, State Bar #228856
   slg@lynberg.com
3  **LYNBERG & WATKINS**
   A Professional Corporation
4  333 City Boulevard West, Suite 640
   Orange, California 92868-5915
5  (714) 937-1010
   (714) 937-1003 (facsimile)
6
7  Attorneys for Defendants

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 3 0 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

JS6

8
                   UNITED STATES DISTRICT COURT
9
                  CENTRAL DISTRICT OF CALIFORNIA
10

11  FLOYDELL NUNN, JR.              ) Case No. CV 06-2275 AG (JCx)
12                                  )
              Plaintiff(s),         ) Assigned for All Purposes to the
13                                  ) Honorable Andrew J. Guilford
                                    ) Courtroom 10D
14  vs.                             )
                                    ) [~~PROPOSED~~] **JUDGMENT**
15  DEPUTY DOWNARD AND              )
    DEPUTY MYERS                    )
16                                  )
              Defendant(s).         )
17  _____  )

18
19
20
21
22
23
24
25
26
27
28

This action came on regularly for trial on June 3, 2009 in Courtroom 10D of the United States District Court, Central District Central District of California located at 411 West Fourth Street, Santa Ana, California, the Honorable Andrew J. Guilford, presiding. Plaintiff Floydell Nunn Jr.. ("Plaintiffs") appeared by attorney Caree Annette Harper. Defendants William Downard and Jay Myers, ("Defendants") appeared by attorneys S. Frank Harrell and Shannon L. Gustafson of Lynberg & Watkins. A jury of eight persons was regularly impaneled and sworn.

After hearing all of the evidence, the Court duly instructed the jury and the case was submitted to the jury. On June 10, 2009, the jury returned into Court with a Special Verdict as follows:

### VERDICT FORM

**QUESTION NUMBER 1**

Did any of the following Defendants violate Plaintiff Nunn's rights?

| | Yes | No |
|---|---|---|
| Deputy William Downard | | X |
| Deputy Jay Myers | | X |

If your answer to Question Number 1 is "No" as to both Defendants, your foreperson should sign and date this Special Verdict Form.

NOW, THEREFORE, **IT IS ORDERED, ADJUDGED AND DECREED** as follows:

///

///

///

1
**[PROPOSED] JUDGMENT**

1  Defendants have Judgment in their favor and that Plaintiff shall take
2  nothing by way of his operative complaint against Defendants.
3  That Defendants recover from Plaintiffs, their costs of suit in accordance
4  with applicable law; and that this matter be, and hereby is, dismissed as to
5  Defendants with prejudice.

7  IT IS SO ORDERED.

8  JUNE 30, 2009            *signature*
9                           HON. ANDREW J. GUILFORD
                            United States District Judge